RICHARD MOONEY (CA State Bar No. 176486)
Email: richard.mooney@hro.com
PATRICK HAGAN (CA State Bar No. 266237)
Email: patrick.hagan@hro.com
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA  99915
Telephone:  213-572-4300
Facsimile:   213-572-4400

Attorneys for Plaintiffs
MNA Partners Limited and Kamal El Tayara

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **MNA Partners Limited**, a United Arab Emirates Limited Liability Company, and **Kamal El Tayara**, a citizen of Lebanon and resident of the United Arab Emirates,<br><br>Plaintiffs,<br><br>v.<br><br>**Irfan Amanat,** a citizen of the United States and resident of California,<br><br>Defendant. | Case No.:  2:11-CV-02327-DDP-CW<br><br>Hon. Dean D. Pregerson<br><br>**JUDGMENT**<br><br><br><br>Complaint filed:  March 18, 2011 |

# JUDGMENT

The motion for default judgment against Defendant Irfan Amanat ("Defendant") filed by Plaintiffs MNA Partners Limited and Kamal El Tayara ("Plaintiffs") came on regularly for hearing on October 3, 2011, before the Honorable Dean Pregerson.  No opposition was filed, and, having considered the papers and good cause appearing, the Court indicated its tentative view that the motion should be granted upon the filing by Plaintiffs of a proposed judgment.  This proposed judgment having now been filed, and it appearing by reason of the preceding that MNA Partners Ltd. and Kamal El Tayara are entitled to judgment against Irfan Amanat,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that

1. Defendant Irfan Amanat shall pay Plaintiffs the sum of Seven Million Five Hundred Thousand Dollars and Zero Cents ($7,500,000) (total, not per Plaintiff) for actual and punitive damages arising from Defendant's fraudulent embezzlement of funds.

2. Defendant shall indemnify Plaintiffs in the event Plaintiffs are required to defend, compromise, or make payments in response to any and all claims by any and all third-party investors injured by Defendant's fraudulent embezzlement of funds.

Dated: October 04, 2011     _____
                             Hon. Dean D. Pregerson
                             United States District Judge