O

JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MNA PARTNERS LIMITED, a United Arab Emirates Liability Company, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IRFAN AMANAT, a citizen of the United States and resident of California,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 11-02327 DDP (CWx)<br><br>**ORDER RE-OPENING CASE AND ALLOWING LIMITED DISCOVERY** |

　　Plaintiffs may propound a single interrogatory regarding the provenance of the subpoenas at issue in this case. Plaintiffs shall serve the interrogatory within seven days of the date of this order. Defendant shall respond within seven days of receipt. Case ordered re-opened.

IT IS SO ORDERED.

Dated: June 11, 2012

　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge