O

JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MNA PARTNERS LIMITED, a United Arab Emirates Liability Company, et al. | ) ) ) | Case No. CV 11-02327 DDP (CWx) |
| Plaintiffs, | ) ) ) | **ORDER RE-OPENING CASE AND ALLOWING LIMITED DISCOVERY** |
| v. | ) ) | |
| IRFAN AMANAT, a citizen of the United States and resident of California, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiffs may propound a single interrogatory regarding the provenance of the subpoenas at issue in this case. Plaintiffs shall serve the interrogatory within seven days of the date of this order. Defendant shall respond within seven days of receipt. Case ordered re-opened.

IT IS SO ORDERED.


Dated: June 11, 2012

DEAN D. PREGERSON
United States District Judge